No. 1133. EL PUEBLO, APELADO, *v.* ORDÉN, APELANTE.—Acometimiento y agresión con circunstancias agravantes. Ponce. Febrero 24, 1917. *Confirmada la sentencia.*

No. 1129.—EL PUEBLO, APELADO, *v.* DONES, APELANTE.—Asesinato en segundo grado. Guayama. Marzo 7, 1917. *Confirmada la sentencia.*

No. 179. MARTÍNEZ, PETICIONARIO, *v.* CROSAS, JUEZ DE DISTRITO, DEMANDADO.—

No. 181. SUCESIÓN RIVERA, PETICIONARIA, *v.* CUEVAS ZEQUEIRA, JUEZ DE DISTRITO, DEMANDADO.—

*Certiorari.* Marzo 9, 1917. *Sin lugar las solicitudes.*

No. 1143. EL PUEBLO, APELADO, *v.* VÉLEZ, APELANTE.—Pools. San Juan, Sección Segunda. Marzo 12, 1917. *Desistida la apelación.*

No. 1126. MARÍN, APELANTE, *v.* EL PUEBLO, APELADO.—*Habeas corpus.* San Juan. Marzo 13, 1917. *Desistida la apelación.*